Opinion issued August 1, 2002 










In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00707-CR

____________


ROY RAMIREZ, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from the 228th District Court

Harris County, Texas

Trial Court Cause No. 913646






MEMORANDUM OPINION

 Appellant filed a motion to dismiss the appeal. The motion is in writing,
signed by appellant and counsel. We have not yet issued a decision. Accordingly,
the appeal is dismissed. Tex. R. App. P. 42.2(a).

 The clerk of this Court is directed to issue mandate immediately. Tex. R. App.
P. 18.1.

PER CURIAM

Panel consists of Chief Justice Schneider, and Justices Nuchia and Radack.

Do not publish. Tex. R. App. P. 47.